IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HERMAN DOUGLAS CARTER, JR., | * | |
| Petitioner, | * | |
| vs. | * | CASE NO.  4:06-CV-64 (CDL) |
| UNITED STATES OF AMERICA, | * | 4:91-CR-91-001(JRE) |
| Respondent. | * | |
| | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 6, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 5th day of October, 2006.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE